1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division

4  DANIEL PASTOR (CABN 297948)
   Assistant United States Attorney

5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      FAX: (415) 436-7234
       daniel.pastor@usdoj.gov
8
   Attorneys for United States of America
9

FILED

May 04 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 23-mj-70607 MAG |
| Plaintiff, | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | |
| DOMINIC ANDRE ELVIR, | |
| Defendant. | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on May 3, 2023, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an:

    X    Indictment

    ☐    Information

    ☐    Criminal Complaint

    ☐    Other (describe) _____

pending in the Southern District of Florida, Case Number 22-CR-14058.

In that case (copy of indictment attached), the defendant is charged with violation of 18 U.S.C. § 922(g)(1).

Description of Charges: Felon in possession of a firearm and ammunition.

The maximum penalties are as follows: 10 years in prison; $250,000 fine; 3 years of supervised release, a $100 special assessment, and criminal forfeiture.

|  | Respectfully Submitted, |
|---|---|
|  | ISMAIL J. RAMSEY<br>UNITED STATES ATTORNEY |
| Date: May 3, 2023 | */s/ Daniel Pastor*<br>DANIEL PASTOR<br>Assistant United States Attorney |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>DOMINIC ANDRE ELVIR,<br><br>_Defendant_ | ) ) ) ) ) ) ) | Case No. 22-CR-14058-CANNON/MAYNARD |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   DOMINIC ANDRE ELVIR                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   Possession of a Firearm and Ammunition by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1).

Date: 9/22/22

_Issuing officer's signature_

City and state:   Fort Pierce, Florida                   Shaniek M. Maynard, United States Magistrate Judge
_Printed name and title_

---

### Return

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____.

Date: _____

_Arresting officer's signature_

_Printed name and title_

11476839                                                                              2204-0926-4002-J

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NUMBER:

## **BOND RECOMMENDATION**

DEFENDANT:     DOMINIC ANDRE ELVIR

Pre-Trial Detention
(Personal Surety)(Corporate Surety)(Cash) **(Pre-Trial Detention)**

By: _____
**CHRISTOPHER H. HUDOCK**
ASSISTANT U.S. ATTORNEY

Last Known Address:   245 NW 40th Avenue, Delray Beach, Florida 33445

What Facility:

Agent(s):   Special Agent, Brett Smith, ATF
**(ATF)**(SECRET SERVICE)(DEA)(IRS) (ICE)(OTHER)

YOB: 1997

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-14058-CANNON/MAYNARD

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)(1)

FILED BY _____ D.C.
SEP 2 2 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES OF AMERICA

vs.

DOMINIC ANDRE ELVIR,

Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Possession of a Firearm and Ammunition by a Convicted Felon
### (18 U.S.C. § 922(g)(1))

On or about December 31, 2020, in Martin County, in the Southern District of Florida, the defendant,

**DOMINIC ANDRE ELVIR,**

knowingly possessed a firearm and ammunition in and affecting interstate commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

It is further alleged that said firearm and ammunition are:

a. One (1) Glock model 19, 9mm handgun, and
b. Seven rounds of 9mm ammunition.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **DOMINIC ANDRE ELVIR**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 922(g), or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Section 924(d)(1), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
CHRISTOPHER H. HUDOCK
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DOMINIC ANDRE ELVIR,

_____/
Defendant.

CASE NO.: 22-CR-14058-CANNON/MAYNARD

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

**Court Division** (select one)
- ☐ Miami     ☐ Key West     ☒ FTP
- ☐ FTL       ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take   4   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)
   - I   ☒ 0 to 5 days
   - II  ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV  ☐ 21 to 60 days
   - V   ☐ 61 days and over
   
   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                                Case No.
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No.
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge                                Case No.
9. Defendant(s) in federal custody as of
10. Defendant(s) in state custody as of
11. Rule 20 from the                    District of
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
Christopher H. Hudock
Assistant United States Attorney
FLA Bar No.   92454

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-14058-CANNON/MAYNARD

UNITED STATES OF AMERICA

v.

DOMINIC ANDRE ELVIR,

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  **No**

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  **No**

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____

Christopher H. Hudock
Assistant United States Attorney
FL Bar No.       92454
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: (772) 293-0951
Email: Christopher.Hudock@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** DOMINIC ANDRE ELVIR

**Case No:** 22-CR-14058-CANNON/MAYNARD

Count #: 1

Possession of a Firearm and Ammunition by a Convicted Felon, 18 U.S.C. § 922(g)(1)

* Max. Term of Imprisonment: 10 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: up to 3 years
* Max. Fine: $250,000 fine / $100 Special Assessment

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.